Of Counsel:
MILLER SHEA
A Limited Liability Law Company

JEFFREY P. MILLER     7559-0
1001 Bishop Street, Suite 2925
Honolulu, Hawaii  96813
Telephone:  (808) 536-2442
jeff@millershealaw.com

Attorneys for Defendant
GUCCI AMERICA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BRYCE MACNAUGHTON,<br><br>  Plaintiff,<br><br>vs.<br><br>GUCCI AMERICA, INC.,<br><br>  Defendant. | Civ. No. 15-00413 JMS-KSC<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the Complaint filed herein by Bryce MacNaughton is hereby dismissed with prejudice as to Defendant Gucci America, Inc. pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(2).

Each party shall bear their own attorneys' fees and costs.

There are no remaining claims or parties to this action.  All appearing parties have signed this Stipulation through their respective counsel.

DATED:  Honolulu, Hawaii,  April 18, 2016.

/s/Jeffrey P. Miller
JEFFREY P. MILLER
Attorney for Defendant
GUCCI AMERICA, INC.

DATED:  Honolulu, Hawaii, April 11, 2016.

/s/ Lunsford D. Phillips
LUNSFORD D. PHILLIPS
Attorney for Plaintiff
BRYCE MACNAUGHTON

APPROVED AND SO ORDERED.

DATED:  Honolulu, Hawaii, April 18, 2016.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

---

BRYCE MACNAUGHTON v. GUCCI AMERICA, INC.; CV15-00413 JMS-KSC; STIPULATION FOR DISMISSAL WITH PREJUDICE